Robert P. Lewis, Jr., Cal. S. B. No. 057624
Law Office of Robert P. Lewis, Jr.
2596 Mission Street, Suite 300
San Marino, California 91108-1679
Telephone:     (213) 623-2297
Facsimile:     (213) 623-6429
e-Mail:        rpljr@rplewislaw.net

Counsel for Plaintiff

**FILED: 12-16-2011**

**JS - 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHENCHO PEREZ, an individual, d/b/a CHP Produce<br><br>　　　　　Defendant. | Case No. 2:11-cv-06411GHK(MANx)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT OF ACTION AND REQUEST FOR THE COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT IN EVENT OF DEFAULT**<br><br>[Hon. George H. King]<br><br>Place:　　Courtroom 650<br>Case Filed:　　August 4, 2011 |

The Court having reviewed the stipulation between the parties and Exhibit A thereto[1] filed herein as Document No. 13 which provides for the dismissal of this action without prejudice and which further provides that the Court shall retain jurisdiction to enforce the terms and conditions of said settlement; and

---

[1] Exhibit A to the stipulation is a settlement agreement by and between the parties which provides for the terms and conditions of said settlement and further provides that the Court shall retain jurisdiction to enforce those terms and conditions and the enforcement procedure to be followed in the event of any default under said agreement.

1.

_____
**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT OF ACTION, ETC.**

Robert P. Lewis, Jr.
2596 Mission St., Suite 300
San Marino, CA 91108-1679
(213) 623-2297

 1     The Court finding good cause therefor, hereby Orders that:
 2 1.   The complaint of Plaintiff ABBATE FAMILY FARMS LIMITED
 3     PARTNERSHIP, a California Limited Partnership, is hereby
 4     dismissed without prejudice;
 5 2.   The Court shall and hereby does RETAIN JURISDICTION of this
 6     matter for the sole purpose of hearing and determining any
 7     issue regarding compliance with, and/or enforcement of, the
 8     terms and conditions of the underlying settlement agreement
 9     more fully referenced in Footnote 1 herein and set forth in
10     Exhibit A of Document 13 on file herein.

**IT IS SO ORDERED.**

Dated: December 16, 2011

                                                          _____
                                                    United States District Judge

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO SETTLEMENT OF ACTION, ETC.