Robert P. Lewis, Jr., Cal.S. B. No. 057624
Law Office of Robert P. Lewis, Jr.
2596 Mission Street, Suite 200
San Marino, California 91108-1678
Telephone:     (213) 623-2297           **FILED: 8/27/13**
Facsimile:     (213) 623-6429           (closed)
e-Mail:        rpljr@rplewislaw.net

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California Limited Partnership, <br><br> Plaintiff, <br><br> vs. <br><br> CHENCHO PEREZ, an individual, d/b/a CHP Produce <br><br> Defendant. | Case No. 2:11-cv-06411GHK(MANx) <br><br> **[~~PROPOSED~~] JUDGMENT** <br> [Hon. George H. King] |

The Court, having reviewed the documents and pleadings on file herein, having reviewed Plaintiff's Application for Judgment, the Declaration of Robert P. Lewis, Jr., and the exhibits thereto, in Support of said Application, and finding that Defendant CHENCHO PEREZ, an individual, d/b/a CHP Produce is default under the provisions of Paragraphs 2.1 through 2.5 of the Settlement Agreement set forth in a Stipulation between the parties on file herein as Document 13, that notice to cure has been duly rendered to said Defendant as required under Paragraph 2.2 of said Settlement Agreement, and that no such cure has been made for

1.
_____
PLAINTIFF'S *EX PARTE* APPLICATION FOR JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT

Defendant's said default under the Stipulation, the Court finding good cause therefore, grants said Application as follows:

**IT IS ADJUDGED, ORDERED AND DECREED that:**

1. Judgment shall be and hereby is entered in favor of Plaintiff ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California limited partnership and against Defendant CHENCHO PEREZ, an individual, d/b/a CHP Produce in the principal amount of $107,594.73;

2. The Court further awards Plaintiff ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California limited partnership, prejudgment interest from through and including April 30, 2011, on said principal amount in the sum of $2,730.33, and post judgment interest at the daily rate of $6.03.

3. The Court further awards Plaintiff ABBATE FAMILY FARMS LIMITED PARTNERSHIP, a California limited partnership, its attorneys fees in the sum of $1,500.00.

**SO ORDERED.**

Dated:      8/26/13

_____
George H. King,
Chief U. S. District Judge

PLAINTIFF'S *Ex Parte* APPLICATION FOR JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT

Robert P. Lewis, Jr.
2596 Mission St., Suite 200
San Marino, CA 91108-1678
(213) 623-2297